UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on February 14,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re: Jennifer N. Jean-Claude

Case Number: 15-28862 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

## ORDER  AUTHORIZING LOAN MODIFICATION

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

**DATED: February 14, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Jennifer N. Jean-Claude
Case No.: 15-28862 JNP
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN

MODIFICATION

1.      That the Debtor is hereby authorized to enter into and consummate a loan modification with Pennymac Loan Services LLC pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 823 Bentley Road Lindenwold, NJ 08021.

2.      That the Debtor and/or Pennymac Loan Services LLC are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

   a.   Limited Stay Relief is Granted to allow Pennymac Loan Services LLC to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3.      That the Debtor and/or Pennymac Loan Services LLC are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4.      Pennymac Loan Services LLC shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5.      The Debtor will file a modified plan and an amended Schedule J within 30 days of the entry of the within Order.