UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on February 14,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re: Jennifer N. Jean-Claude

Case Number: 15-28862 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

## ORDER AUTHORIZING LOAN MODIFICATION

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

**DATED: February 14, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Jennifer N. Jean-Claude
Case No.: 15-28862 JNP
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN

MODIFICATION

1. That the Debtor is hereby authorized to enter into and consummate a loan modification with Pennymac Loan Services LLC pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 823 Bentley Road Lindenwold, NJ 08021.

2. That the Debtor and/or Pennymac Loan Services LLC are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a. Limited Stay Relief is Granted to allow Pennymac Loan Services LLC to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That the Debtor and/or Pennymac Loan Services LLC are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Pennymac Loan Services LLC shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. The Debtor will file a modified plan and an amended Schedule J within 30 days of the entry of the within Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-28862-JNP
Jennifer N Jean-Claude                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
db             +Jennifer N Jean-Claude,    823 Bentley Road,    Lindenwold, NJ 08021-2913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Jennifer N Jean-Claude jjresq@comcast.net, jjresq1@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                             TOTAL: 8