UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2014-2253

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for PennyMac Loan Services, LLC servicer for PennyMac Holdings, LLC

In Re:

Jennifer N. Jean-Claude

Order Filed on August 7, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-28862-JNP

Chapter: 13

Hearing Date: 08/07/2018 at 10:00am

Judge: Honorable Jerrold N. Poslusny, Jr.

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 7, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for PennyMac Loan Services, LLC servicer for PennyMac Holdings, LLC ("PennyMac") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay and the Bankruptcy Code Section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 823 Bentley Road, Lindenwold Boro, NJ 08021-2913.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-28862-JNP
Jennifer N Jean-Claude                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Aug 07, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db             +Jennifer N Jean-Claude,    823 Bentley Road,    Lindenwold, NJ 08021-2913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Jennifer N Jean-Claude jjresq@comcast.net,
               jjresq1@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                             TOTAL: 8