Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−28862−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jennifer N Jean−Claude
  823 Bentley Road
  Lindenwold, NJ 08021

Social Security No.:
  xxx−xx−5091

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on January 19, 2017.

On January 10, 2019, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                February 20, 2019
Time:                 10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 11, 2019
JAN: jpl

                                       Jeanne Naughton
                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer N Jean-Claude  
    Debtor

Case No. 15-28862-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jan 11, 2019  
                        Form ID: 185    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.

```
db            +Jennifer N Jean-Claude,   823 Bentley Road,    Lindenwold, NJ 08021-2913
515961830      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA  90051-5478
515778559     +Cesily L. Cannon,   Law Office Of Greg Prosmushkin,   9637 Bustleton Avenue,
                Philadelphia, PA 19115-3810
515790758    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
515778561    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,   PO BOx 6550,   Greenwood Village, CO  80155-6550)
515778562     +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
515778563     +Kennedy Health System,   500 Marlboro Avenue,   Cherry Hill, NJ 08002-2020
515778564     +Kimco,   PO Box 5020,   3333 New Hyde Park Road Suite 100,   New Hyde Park, NY 11042-1205
515778565     +Kimco Realty Corporation,   1954 Greenspring Drive Suite 330,   Timonium, MD 21093-4136
515980845     +PENNYMAC LOAN SERVICES, LLC,   6101 CONDOR DRIVE,   SUITE #310,   MOORPARK, CA 93021-2602
515807415     +PennyMac Loan Services, LLC,   C/O Aldridge Pite, LLP,   Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
515809505     +PennyMac Loan Services, LLC,   c/o Aldridge Pite LLP,   Bankruptcy Department,
                Fifteen Piedmont Center,   3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1623
516493959     +PennyMac Mortgage Investment Trust Holdings I, LLC,   c/o PennyMac Loan Services, LLC,
                6101 Condor Drive, Suite 200,   Moorpark, CA 93021-2602
515778566     +Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA 93021-2602
515778567     +Powers Kirn LLC,   728 Marne Highway Suite 200,   Moorestown, NJ 08057-3128
515778568    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                Parsippany, NJ  07054)
515872994     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:06     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515798646      E-mail/Text: bankruptcy@cunj.org Jan 12 2019 00:21:52     Credit Union of New Jersey,
                1301 Parkway Avenue,   Ewing, NJ  08628
515778560     +E-mail/Text: bankruptcy@cunj.org Jan 12 2019 00:21:52     Credit Union Of N J,   Po Box 7921,
                Ewing, NJ 08628-0921
515789184      E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2019 03:46:21     Synchrony Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515778569     +E-mail/Text: bankruptcydepartment@tsico.com Jan 12 2019 00:22:52     Transworld Sys Inc/09,
                507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515778570*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Webbank/dfs,   1 Dell Way,   Round Rock, TX  78682)
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jan 11, 2019
                              Form ID: 185             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Jennifer N Jean-Claude jjresq@comcast.net,
               jjresq1@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven K. Eisenberg     on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                               TOTAL: 8
```